

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3-06CV-936-L |
| | § | |
| JOHN DOE, a/k/a GWINSIDER@AOL.COM, | § | CAUSE NO. _____ |
| GWINSIDER@AOL.COM and JOHN DOES | § | |
| 2-20 | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICTE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1(f) of the United States District Court for the Northern District of Texas, Plaintiffs file this Certificate of Interested Persons identifying all known persons, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities believed to have financial interest in the outcome of this litigation:

1. GW Equity, LLC

2. GWInsider@aol.com

3. John Does 2-20

4. America Online, Inc.

Dockets.Justia.com

Respectfully Submitted,

MCCREARY & STOCKFORD, L.P.
18333 Preston Rd., Ste. 150
Dallas, Texas 75252
(214) 291-0800 telephone
(214) 291-0801 facsimile

*/s/ Kristen M. Pannell/*

David S. McCreary
Texas Bar No. 00789477
Kristen M. Pannell
Texas Bar No. 24046580

ATTORNEYS FOR PLAINTIFF
GW EQUITY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing documents was sent via certified mail return receipt requested to the following this 25th day of May, 2006.

America Online, Inc.
22000 AOL Way
Dulles, Virginia 20166

*/s/ Kristen M. Pannell/*
Kristen M. Pannell