

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| Plaintiff | § § § | |
| v. | § | CAUSE NO. 3-06CV-936-L |
| JOHN DOE, a.k.a. GWINSIDER@AOL.COM, GWINSIDER@AOL.COM, and JOHN DOES 2-20 | § § § § § | |
| Defendants | § | |

### PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files its notice of dismissal under Federal Rule of Civil Procedure 41 (a)(1)(i).

1. Plaintiff is GW Equity, LLC; Defendants are John Doe, a.k.a. GWINSIDER@AOL.COM, GWINSIDER@AOL.COM, and John Does 2-20.

2. On May 25, 2006, Plaintiff sued Defendants.

3. Defendants have not been served with process and have not filed an answer or motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refiling.

Respectfully Submitted,

MCCREARY & STOCKFORD, L.P.
18333 Preston Rd., Ste. 150
Dallas, Texas 75252
(214) 291-0800 telephone
(214) 291-0801 facsimile

*[signature]*

David S. McCreary
Texas Bar No. 00789477
Kristen M. Pannell
Texas Bar No. 24046580

ATTORNEYS FOR PLAINTIFF
GW EQUITY, LLC