IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GW EQUITY, LLC**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:06-CV-0936-L |
| | § | **ECF** |
| **JOHN DOE, et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Dismissal, filed September 28, 2006, this action is hereby **dismissed without prejudice**.

**It is so ordered** this 28th day of September, 2006.

_____
Sam A. Lindsay
United States District Judge

**Order of Dismissal - Solo Page**